*Wednesday, August 10, 1994*

1414

## MOTION DOCKET

**94–888.  Meijer Realty Co. v. Franklin Cty. Bd. of Revision.**  Board of Tax Appeals, No. 93–A–1046.  On motion to dismiss.  Motion denied.

Douglas, J., dissents.